

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-184
Re:  Issuance of warrants for the pay-
     ment of insurance premiums.

Your request for an opinion with reference to
your authority to issue a warrant in payment of a claim
drawn against "a specific appropriation" for the payment
of insurance premiums whether it be for fire insurance,
theft, collision, or any other form of insurance, has
been received by this Department.

We are informed that the "specific appropria-
tion" mentioned is not one for the payment of insurance
premiums.

This Department, in opinion no. O-201 to Dr.
Geo. W. Cox, February 14, 1939, held that a fire in-
surance premium on state property was a fixed and expect-
ed item of expense.  In view of the policy of the state
as expressed through our Legislature in the Senate Con-
current Resolution No. 3 passed in the Second Called
Session of the Thirty-seventh Legislature, insurance is
a matter in respect to which the cost must be set aside
by the Legislature.

We see no reason to differentiate the ruling of
that opinion with the facts presented to us in your letter.
We are enclosing a copy of opinion No. O-201, above referred
to, and we believe that the law as expressed in that opinion
is applicable to the facts you relate.

We are not herein declaring the purposes for which
a Department may expend its contingent funds, but in the

matter of insurance since the policy of the state has been expressed by the Legislature, we do hold that in the absence of a specific appropriation for that purpose, you are not authorized to issue warrants for the payment of insurance premiums.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Morris C. Hodges*
Morris C. Hodges
Assistant

MCH:hS

APPROVED
OPINION COMMITTEE
BY *[signature]*
CHAIRMAN

API.    JUN 29, 1939

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS